FILED IN THE
U. S. DISTRICT COURT
Eastern District of Washington
JAN 15 1974
J. R. FALLQUIST, Clerk
Deputy

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
Plaintiff, ) Civil No. 3643
v. ) ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND ADDING PARTIES DEFENDANT
BARBARA J. ANDERSON, et al., )
Defendants. )

Upon motion of the plaintiff, United States of America, for an order granting leave to plaintiff to file an Amended Complaint in this proceeding, and the Court having considered said motion and the representations of plaintiff in support thereof, and finding good cause for the granting of said motion, now, therefore,

IT IS ORDERED AND DECREED as follows:

1. Pursuant to Rule 15(a), Federal Rules of Civil Procedure, leave of Court be, and it hereby is, granted to plaintiff, United States of America, to file an Amended Complaint in this action in the form and style of the proposed Amended Complaint attached to plaintiff's motion; and

2. Pursuant to Rule 21, Federal Rules of Civil Procedure, Paul Samuels and Mary Samuels, husband and wife; Urban S. Schaffner and Cora Schaffner, husband and wife; and Paul E. Schaffner and Jane Doe Schaffner, husband and wife, be, and they hereby are, added as parties defendant in this proceeding.

DONE by the Court this 15th day of January, 1974.

United States District Judge

Presented by:

ROBERT M. SWEENEY
Assistant U.S. Attorney

(79)