UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>    Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>    Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br>AS TO SERVICE LIST |

At the April 26, 2006, hearing before the Special Master for the presentation of the Water Master's 2005 Report, the matter of clarifying the service list was discussed.

In 2005, Mrs. Smartt was added to the service list, as she advised she was a business partner to Greg Axtell. At p. 6 of the Water Master's Annual Report for the 2005 Water Year, the Water Master explains Mrs. Smartt had paid for the delinquent fees owing as to the Greg Axtell parcel. It appears Mrs. Axtell directed the Water Master to return the payment to Mrs. Smartt, stating the Axtells would reimburse the Water Master for the delinquent fees. The Water Master recommended that Mrs. Smartt's name be removed from the service list and represented he would return Mrs. Smartt's payment as soon as he receives payment from the Axtells. This had not occurred at the time of the hearing.

However, neither Mrs. Smartt, nor the Axtells have filed an objection to the form

ORDER ADOPTING REPORT AND RECOMMENDATION
AS TO SERVICE LIST - 1

of the service list or to the Water Master's Report. It appears that the disagreement, if any, is a matter collateral to these proceedings and is between Mrs. Smartt and the Axtells. In addition, neither Mrs. Smartt nor the Axtells have filed an objection to the Report and Recommendation addressing the service list. Accordingly,

**IT IS ORDERED** that the service list shall remain as is with respect to the above parties, and that the Water Master may accept payment from Mrs. Smartt or the Axtells.

The Clerk of the Court is directed to provide a copy of this Order to all parties on the attached Notice List.

Dated this 26th day of May, 2006.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AS TO SERVICE LIST - 2