UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>    Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>    Defendants. | No. CV-72-3643-JLQ<br><br>ORDER APPROVING WATER MASTER'S 2005 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; APPROVING COMPENSATION AND EXPENSES; AND ADDRESSING ADDITIONAL MATTERS |

    This matter was heard on Report and Recommendation on April 26, 2005, before Special Master Magistrate Judge Cynthia Imbrogno, following filing of the Water Master's 2005 Annual Report (October 1, 2004, through September 30, 2005) (Ct. Rec. 567). It appears that the report and recommendations are in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment.

    No objections have been filed, except for the letter dated May 9, 2006, from Nicholas D. Pemberton, which is not styled as an objection, but does seek clarification as to whether payment of the Water Master's compensation was to be made at the end of the prior year. As the Water Master explained at the April 26th hearing, "generally I require it be paid by the end of December of that year. And I don't require quarterly payments, I allow people to pay at the end of the year, rather than . . . sending four individual checks, which people tend to like." Accordingly, payment shall be deemed in arrears and delinquent at the close of business December 31st for each year.

ORDER APPROVING WATER MASTER'S 2004 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; APPROVING COMPENSATION AND EXPENSES; AND ADDRESSING ADDITIONAL MATTERS - 1

As no other objections have been filed, the Special Master's Report and Recommendation is **ADOPTED.**

**IT IS ORDERED**:

1. That the 2005 Annual Report of the Water Master, covering the period of October 1, 2004, to September 30, 2005, is accepted. It appears there is consensus of all parties to everything in the Water Master's Report, with the exception of the issues previously noted and addressed in Ct. Rec. 583 (Order of Special Master filed May 3, 2006), and with the exception of pending show cause matters related to Mr. Newhouse, to be addressed by separate order.

2. That the Water Master's proposal for the 2006 compensation agreement shall remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements (**$3,740 quarterly retainer, and a maximum of $2,500 for expenses**), as delineated at page 7 of the 2005 Annual Report.

3. That reimbursement for vehicle mileage is changed from 29 cents per mile to 48.5 cents per mile for the 2006 water year, consistent with the current IRS mileage allowance.

4. That the 2005 Annual Report and fourth quarter billing (July 1, 2005, ending September 30, 2005), as reflected on pages 7-9 of the 2005 Annual Report (total amount to be billed of **$4,340** (**$3,740 retainer, plus $600 expenses**)), is approved.

5. That future tardy Water Master compensation payments by water rights owners shall be addressed with court-ordered sanctions, including awarding collection costs to the Water Master and including the loss of water rights temporarily (until compensation payments are current) or permanently, in appropriate circumstances. Specifically, Mr. Newhouse is directed to become current as to the **$351.68** past-due assessments for the four quarters of 2005 within thirty (30) days of this Order Adopting

ORDER APPROVING WATER MASTER'S 2004 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; APPROVING COMPENSATION AND EXPENSES; AND ADDRESSING ADDITIONAL MATTERS - 2

1  the Report and Recommendation or shall show cause, within thirty (30) days from the
2  date of this Order by written filing, why he should not be required to do so.[1]
3      The Clerk of the Court shall file this Order Adopting Report and Recommendation
4  and serve copies of it on Judge Imbrogno and on the parties listed on the most recently
5  updated Notice List attached to this Order.
6      DATED this 29th day of May, 2006.

                    s/ Justin L. Quackenbush
                   JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

---

[1] By separate Order to Show Cause filed by the Special Master on May 9, 2006, Mr. Newhouse also was directed to address the $695.46 delinquency through the 4th quarter of 2004. Mr. Newhouse reportedly owes a total of $1,047.14 ($695.46 for the 1st quarter of 2003 through the 4th quarter covered by the 2004 Report and $351.68 for the four quarters covered by the 2005 Report). (Ct. Rec. 582, Lyerla Decl. at 2.) The $695.46 delinquency will be addressed by separate order.

ORDER APPROVING WATER MASTER'S 2004 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; APPROVING COMPENSATION AND EXPENSES; AND ADDRESSING ADDITIONAL MATTERS - 3