UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>    Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>    Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND ORDER AUTHORIZING WATER MASTER TO SHUT OFF WATER UNTIL PAST DUE ASSESSMENTS ARE PAID |

By Order to Show Cause filed by the Special Master on May 9, 2006, Mr. Newhouse was directed to address $695.46 delinquency on payments to the Water Master through the fourth quarter of 2004 (Ct. Rec. 586). Thereafter, by Report and Recommendation dated May 30, 2006, (Ct. Rec. 591) the Special Master recommended authorizing the Water Master to shut off the water until the $695.46 in delinquent fees were paid. The file does not reflect these payments have been brought current. In addition, Mr. Newhouse was to show cause, no later than June 29, 2006, why he also should not be required to bring current the additional delinquency of $351.68 for the four quarters covered by the 2005 Report of the Water Master (Ct. Rec. 592). The file does not reflect this payment to be current. Accordingly, the file reflects Mr. Newhouse's delinquent payments to the Water Master total $1,047.14. There has been no response to the show cause Orders. The Report and Recommendation (Ct. Rec. 591) to authorize

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND ORDER AUTHORIZING  WATER MASTER TO SHUT OFF WATER UNTIL PAST DUE ASSESSMENTS ARE PAID - 1

the Water Master to shut off water until the $695.46 in delinquent fees is paid is **ADOPTED.** In addition, in light of the failure to respond to the directive in the undersigned's Order of May 29, 2006, to show cause as to the $351.68 delinquency, the Water Master also is authorized to shut off the water until the total $1,047.14 is current.

The file reflects that the show cause orders were served upon Mr. Newhouse.

**IT IS SO ORDERED.** The Clerk of the Court shall file this Order and serve copies of it on Magistrate Judge Imbrogno, and those parties listed on the most recently updated Notice List, including Mr. Newhouse.

Dated this 24th day of August, 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND ORDER AUTHORIZING WATER MASTER TO SHUT OFF WATER UNTIL PAST DUE ASSESSMENTS ARE PAID - 2