# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>   Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>   Defendants. | No. CV-72-3643-JLQ<br><br>**ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2007 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES** |

   This matter came before the undersigned on the Report and Recommendation filed April 9, 2008 by Special Master Magistrate Judge Cynthia Imbrogno, following the filing of the Water Master's 2007 Annual Report (October 1, 2006, through September 30, 2007) (Ct. Rec. 623). It appears that the Report and Recommendation is in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment.

   As no objections have been filed, the Special Master's Report and Recommendation is **ADOPTED**.

ORDER - 1

**IT IS ORDERED:**

1. That the 2007 Annual Report of the Water Master, covering the period of October 1, 2006, to September 30, 2007, is accepted.

2. That the Water Master's proposal for the 2008 compensation agreement shall remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements ($3,740 quarterly retainer, and a maximum of $2,500 for expenses), as delineated at page 2 of the 2007 Annual Report.

3. That the 2007 Annual Report and fourth quarter billing (July 1, 2007, ending September 30, 2007), as reflected on pages 2-4 of the 2007 Annual Report (total amount to be billed of $3,991 ($3,740 retainer, plus $251 expenses)), is approved.

The Clerk of the Court shall file this Order Adopting Report and Recommendation and serve copies of it on Judge Imbrogno and on the parties listed on the most recently updated Notice List attached to this Order.

**DATED** this 2nd day of May, 2008.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2