UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2008 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES |

This matter was heard on Report and Recommendation dated April 22, 2009, by Special Master Magistrate Judge Cynthia Imbrogno, following filing of the Water Master's 2008 Annual Report (October 1, 2007, through September 30, 2008) (Ct. Rec. 657) and hearing thereon on April 20, 2009. The court finds that the Report and Recommendations are in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment thereof.

As no objections have been filed, the Special Master's Report and Recommendation is **ADOPTED.**

**IT IS ORDERED**:

1. That the 2008 Annual Report of the Water Master, covering the period of October 1, 2007, to September 30, 2008, is accepted.

2. That the Water Master's proposal for the 2009 compensation agreement

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2008 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 1

shall remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements **($3,740 quarterly retainer, and a maximum of $2,500 for expenses)**, as delineated at page 2 of the 2008 Annual Report.

3. That the 2008 Annual Report and fourth quarter billing (July 1, 2008, ending September 30, 2008), as reflected on pages 3-6 of the 2008 Annual Report (total amount to be billed of **$4,240.00** (**$3,740 retainer, plus $500 expenses**)), is approved.

The Clerk of the Court shall file this Order Adopting Report and Recommendation and serve copies of it on Judge Imbrogno and on the parties listed on the most recently updated Notice List attached to this Order.

Dated May 14, 2009.

      S/ Justin L. Quackenbush
      JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE