UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>    Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>    Defendants. | No. CV-72-3643-JLQ<br><br>SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND REPORTING AND BRIEFING SCHEDULE |

Before the court on Report and Recommendation is the Joint Motion of the United States, the Spokane Tribe of Indians, and the Washington Department of Ecology to extend the reporting and briefing schedule described below. (Ct. Rec. 667.)

The court's Order dated August 11, 2006, (Ct. Rec. 600), anticipated various studies would be completed by August 2009, with ensuing motions in 2010. In light of the late start in fiscal year 2006 that limited funding for the project that year, and the need to limit annually the amount of funding, with the result of greater time required for the study,

**IT IS RECOMMENDED** the Joint Motion of the United States, the Spokane

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND REPORTING AND BRIEFING SCHEDULE - 1

Tribe of Indians, and the Washington Department of Ecology to Extend Reporting and Briefing Schedule, (**Ct. Rec. 667**), which motion is unopposed, be **GRANTED** and the deadlines be modified in the August 11, 2006, Order as follows:

    Completion of the United States Geological Survey Study and any other factual studies: extended from August 15, 2009, to August 15, 2011;

    Opening Brief: extended from January 15, 2010, to January 15, 2012;

    Response Brief: extended from March 15, 2010, to March 15, 2012; and

    Reply Brief: extended from April 15, 2010, to April 15, 2012.

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof. Such party shall file with the District Court Executive and serve on all parties written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within ten (10) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(d), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72, and LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND REPORTING AND BRIEFING SCHEDULE - 2

1  The Clerk of the Court shall file this Report and Recommendation and serve
2  copies of it on the referring judge, Water Master Lyerla, counsel for the parties, and
3  those parties listed on the most recently updated notice list (Attachment "1" to this
4  Order).

5  DATED: June 3, 2009.

8  _s/ CYNTHIA IMBROGNO_
9  UNITED STATES MAGISTRATE JUDGE
10  Serving as Special Master

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND REPORTING AND BRIEFING SCHEDULE - 3

# ATTACHMENT 1

## NOTICE LIST
## CAUSE NO. CV-72-3643-JLQ

Greg Axtell
4205 Harmon Ln.
Carlsbad, NM 88220-2836

Kenneth R. Canfield
4200 Hwy 231
Springdale, WA 99173

Pamela J. DeRusha
Assistant U.S. Attorney
P. O. Box 1494
Spokane, WA 99210-1494

Larry G. Geller
P.O. Box 387
Springdale, WA 99173

Maurice Hall
P.O. Box 131
Ford, WA 99013

David W. Harder
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294

Walter Kory
P.O. Box 246
Springdale, WA 99173

David Lundgren
P.O. Box 1433
Bandon, OR 97411

James M. Lyerla
Water Master
West 3045 Monticello Place
Spokane, WA 99205

James R. Newhouse
528 West Broadway
Moses Lake, WA 98837

Sharonne O'Shea
Assistant Attorney General
Ecology Division

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND REPORTING AND BRIEFING SCHEDULE - 4

P.O. Box 40117
Olympia, WA 98504-0117

Nick Pemberton
P.O. Box 942
Twisp, WA 98856-0942

Paul E. Schaffner
5090 Reservation Road
Ford, WA 99013-9998

Nolan Shishido
Office of the Regional Solicitor
U.S. Department of the Interior
500 N.E. Multnomah St., Suite 607
Portland, OR  97232

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND REPORTING AND BRIEFING SCHEDULE - 5

1  Jackie Smartt
2  7894 Hwy. 291
   Ford, WA 99013
3
4  Jess Sulgrove, Jr.
5  4757 Highway 231
   Springdale, WA 99173
6
7  Chrisann M. Thomas
   2520 North Upriver Court
8  Spokane, WA 99217
9
10 Lucinda S. Whaley
   Winston & Cashatt
11 601 W. Riverside Avenue, Suite 1900
12 Spokane, WA 99201-0695
13
   Shannon D. Work
14 P.O. Box 3409
15 Coeur d'Alene, ID 83816
16
17
18
19
20
21
22
23
24
25
26
27
28 SPECIAL MASTER'S REPORT AND RECOMMENDATION TO GRANT
   UNOPPOSED JOINT MOTION OF THE UNITED STATES, SPOKANE TRIBE
   OF INDIANS, AND WASHINGTON DEPT. OF ECOLOGY TO EXTEND
   REPORTING AND BRIEFING SCHEDULE - 6