UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND EXTENDING REPORTING AND BRIEFING SCHEDULE |

Magistrate Judge Imbrogno filed a Report and Recommendation on June 3, 2009. (Ct. Rec. 672.) There being no objections, the court **ADOPTS** the Report and Recommendation.

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend Reporting and Briefing Schedule (**Ct. Rec. 667**) is **GRANTED.**

2. Completion of the United States Geological Survey Study and any other factual studies is extended from August 15, 2009, to **August 15, 2011.**

2. The opening brief deadline is extended from January 15, 2010, to **January 15, 2012.**

3. The response brief deadline is extended from March 15, 2010, to **March 15, 2012.**

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND EXTENDING REPORTING AND BRIEFING SCHEDULE - 1

4. The reply brief deadline is extended from April 15, 2010, to **April 15, 2012.**

The Clerk shall enter this Order and forward copies to the Mailing List.

Dated July 21, 2009.

        s/ Justin L. Quackenbush
       JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND EXTENDING REPORTING AND BRIEFING SCHEDULE - 2