UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2009 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES |

This matter was heard on the Report and Recommendation dated April 29, 2010 of Special Master Magistrate Judge Cynthia Imbrogno, following filing of the Water Master's 2009 Annual Report (October 1, 2008, through September 30, 2009) (Ct. Rec. 676). It appears that the report and recommendations are in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment.

As no objections have been filed, the Special Master's Report and Recommendation is **ADOPTED.**

**IT IS ORDERED**:

1. The 2009 Annual Report of the Water Master, covering the period of October 1, 2008, to September 30, 2009, is accepted.

2.	The Water Master's proposal for the 2010 compensation agreement shall remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements **($3,740 quarterly retainer, and a maximum of $2,500 for expenses).**

3.	The Annual Report and fourth quarter billing (July 1, 2009, ending September 30, 2009), as reflected on page 1 of the Annual Report (total fourth quarter amount to be billed of **$4,090.00** (**$3,740 retainer, plus $350 expenses**)), is approved.

4.	The court notes that Mr. Pemberton's mail sent to the address confirmed at the April 29, 2010, hearing, has been returned to the court.

The Clerk of the Court shall file this Order Adopting Report and Recommendation and serve copies of it on Judge Imbrogno and on the parties listed on the most recently updated Notice List attached to this Order.

Dated May 26, 2010

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2009 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 2