UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CV-72-3643-JLQ |
| | ) |
| SPOKANE TRIBE OF INDIANS, | ) SPECIAL MASTER'S REPORT AND |
| | ) RECOMMENDATION TO ACCEPT 2010 |
| Plaintiff/Intervenor, | ) WATER MASTER REPORT, APPROVE |
| | ) PAYMENT OF WATER MASTER'S FEES |
| | ) AND EXPENSES, AND ADDRESSING |
| v. | ) JOINT MOTION TO EXTEND *INTER* |
| | ) *ALIA* |
| BARBARA J. ANDERSON, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

At the May 17, 2011, hearing for the presentation of the Water Master's 2010 Report (covering October 1, 2009, through September 30, 2010), Water Master James Lyerla appeared and presented the Report. Addressing the court and appearing by telephone were Shannon Work and David Lundgren on behalf of the Spokane Tribe of Indians; David Harder, Department of Justice; and Washington State Assistant Attorney General Sharonne O'Shea, for the Washington State Department of Ecology.   Also present in the courtroom were John Covert, Department of Ecology, and Nick Pemberton.   The matter is before the undersigned following referral by Senior Judge Quackenbush. (ECF No. 703.)

Regarding the Notice List (Attachment A), it was reported by the Water Master that the Greg Axtell 40 acre parcel has reverted to Paul Schaffner and that Jackie Smartt is not in partnership with Mr.

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT 2010 WATER MASTER REPORT, APPROVE PAYMENT OF WATER MASTER'S FEES AND EXPENSES, AND ADDRESSING JOINT MOTION TO EXTEND *INTER ALIA* - 1

1   Axtell.  See, also, ECF No. 699 at 1.  However, there is no document

2   in the court file to reflect transfer of ownership or clarification

3   of the relationship of these parties.  Moreover, the mail sent to Mr.

4   Axtell has been returned as undeliverable.  It is recommended that

5   these addresses remain on the Notice List until Mr. Schaffner lodges

6   or files a document reflecting legal ownership change and until and

7   unless Mr. Axtell and Ms. Smartt clarify (by written document on the

8   record) their relationship to the Axtell parcel.

9       Mr. Harder's address should be noted as changed to:

10      Environmental and Natural Resources Division
        Indian Resources Section
11      South Terrace, Suite 370
        999 18th St.
12      Denver, CO 80202

13      The parties and counsel are reminded that address changes timely

14  must be given to the Water Master.  Address changes made through

15  CM/ECF docketing additionally are required by counsel of record, but

16  are not transferred to the Notice List (Attachment A) without action

17  from counsel.  Moreover, the undersigned does not receive notice of

18  address changes unless and until there is an active referral order.

19      Mr. Pemberton stated that because of the timing of this year's

20  Water Master hearing, farmers had difficulty attending as they are

21  especially busy in the fields.  **IT IS RECOMMENDED** that the Clerk of

22  the Court set a case management deadline for February 1, 2012, to

23  trigger consideration of issuance of an Order of Referral, thus

24  permitting notice and setting of the 2012 hearing in March.

25      **IT IS FURTHER RECOMMENDED:**

26      1.   Except as clarified above, that the Annual Report of the

27  Water Master (ECF No. 694) (including the 4th Quarter 2010

28  SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT 2010 WATER
    MASTER REPORT, APPROVE PAYMENT OF WATER MASTER'S FEES AND EXPENSES,
    AND ADDRESSING JOINT MOTION TO EXTEND *INTER ALIA* - 2

1  compensation $275.00 expenses + $3,740 retainer, for a total of

2  $4,015.00, ECF No. 694 at 2), covering the period of July 1, 2010, to

3  September 30, 2010, be accepted and approved.

4    2.    That the Water Master's 2011 compensation agreement remain

5  the same as in previous agreements.  Specifically, the Water Master's

6  request for compensation and expenses be approved, consistent with

7  previous agreements ($3,740 quarterly retainer, and annual expenses

8  not to exceed $2,500).

9    3.    That Mr. Newhouse be ordered to immediately bring current

10  his delinquent payments to the Water Master.

11    **IT IS FURTHER RECOMMENDED** the Joint Motion of Washington

12  Department of Ecology, United States, and Spokane Tribe of Indians to

13  Extend Reporting and Briefing Schedule **(ECF No. 701)** be **GRANTED** as

14  follows:

15    1.    Completion of the United States Geological Survey Study and

16  any other factual studies be extended from August 15, 2011, to

17  December 30, 2011;

18    2.    The opening brief deadline be extended from January 15,

19  2012, to May 10, 2012;

20    3.    The response brief deadline be extended from March 15,

21  2012, to July 10, 2012;

22    4.    The reply brief deadline be extended from April 15, 2012,

23  to August 10, 2012;

24    5.    In light of the age of the captioned matter and the many

25  filings in the voluminous file predating the court's changeover to

26  CM/ECF, pleadings referenced in the 2012 briefing which predate 1990

27  should be provided also in an organized, hard courtesy copy to the

28  SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT 2010 WATER
MASTER REPORT, APPROVE PAYMENT OF WATER MASTER'S FEES AND EXPENSES,
AND ADDRESSING JOINT MOTION TO EXTEND *INTER ALIA* - 3

1  court and to the parties to permit orderly consideration of the

2  arguments and record.

3        6.    The memoranda of the parties be permitted to exceed the 20

4  pages referenced in LR 7.1(f), Local Rules for the Eastern District

5  of Washington.

6        **IT IS FURTHER RECOMMENDED** that the parties be directed to

7  memorialize their positions in the 2012 briefing as to the

8  regulation-of-unauthorized-water-use issue raised at page 1 of the

9  Water Master's Annual Report (ECF No. 694) regarding the effects of

10  the damn on Rail Creek.

11                              **OBJECTIONS**

12       Any party may object to a magistrate judge's proposed findings,

13  recommendations or report within fourteen (14) days following service

14  with a copy thereof.  Such party shall file with the District Court

15  Executive and serve on all parties written objections, specifically

16  identifying the portions to which objection is being made, and the

17  basis therefor.  Any response to the objection shall be filed within

18  fourteen (14) days after receipt of the objection.  Attention is

19  directed to FED. R. CIV. P. 6(d), which adds additional time after

20  certain kinds of service.

21       A district judge will make a de novo determination of those

22  portions to which objection is made and may accept, reject, or modify

23  the magistrate judge's determination.  The judge need not conduct a

24  new hearing or hear arguments and may consider the magistrate judge's

25  record and make an independent determination thereon.  The judge may

26  also receive further evidence or recommit the matter to the

27  magistrate judge with instructions.  See 28 U.S.C. § 636(b)(1)(B) and

28  SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT 2010 WATER
   MASTER REPORT, APPROVE PAYMENT OF WATER MASTER'S FEES AND EXPENSES,
   AND ADDRESSING JOINT MOTION TO EXTEND *INTER ALIA* - 4

1  (C), FED. R. CIV. P. 73, and LMR 4, Local Rules for the Eastern

2  District of Washington.

3        A magistrate judge's recommendation cannot be appealed to a

4  court of appeals; only the district judge's order or judgment can be

5  appealed.

6        The Clerk of the Court shall file this Report and Recommendation

7  and serve copies of it on Senior Judge Quackenbush, and those parties

8  listed on the most recently updated Notice List attached to this

9  Report and Recommendation.

10       DATED June 7, 2011.

11

12                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT 2010 WATER
   MASTER REPORT, APPROVE PAYMENT OF WATER MASTER'S FEES AND EXPENSES,
   AND ADDRESSING JOINT MOTION TO EXTEND *INTER ALIA* - 5

NOTICE LIST

CAUSE NO. CV-72-3643-JLQ

Greg Axtell
4205 Harmon Ln.
Carlsbad, NM 88220-2836

Kenneth R. Canfield
4200 Hwy 231
Springdale, WA 99173

Pamela J. DeRusha
Assistant U.S. Attorney
P. O. Box 1494
Spokane, WA 99210-1494

Larry G. Geller
P.O. Box 387
Springdale, WA 99173

Maurice Hall
P.O. Box 131
Ford, WA 99013

David W. Harder
United States Department of Justice
Environmental & Natural Resources Division
Indian Resources Section
South Terrace, Suite 370
999 18th St.
Denver, CO 80202

Walter Kory
P.O. Box 246
Springdale, WA 99173

David Lundgren
P.O. Box 29
Loon Lake, WA 99148

James M. Lyerla
Water Master
West 3045 Monticello Place
Spokane, WA 99205

James R. Newhouse
528 West Broadway
Moses Lake, WA 98837

Sharonne O'Shea
Assistant Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117

Nick Pemberton
4717 Johnny Walker Lane
Springdale, WA 99173

Paul E. Schaffner
5090 Reservation Road
Ford, WA 99013-9998

Nolan Shishido
Office of the Regional Solicitor
U.S. Department of the Interior
805 SW Broadway, Suite 600
Portland, OR  97205

Jackie Smartt
7894 Hwy. 291
Ford, WA 99013

Jess Sulgrove, Jr.
4757 Highway 231
Springdale, WA 99173

Chrisann M. Thomas
2520 North Upriver Court
Spokane, WA 99217

Lucinda S. Whaley
Winston & Cashatt
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201-0695

Shannon D. Work
P.O. Box 3409
Coeur d'Alene, ID 83816