UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> SPOKANE TRIBE OF INDIANS, <br>     Plaintiff/Intervenor, <br> v. <br> BARBARA J. ANDERSON, et al., <br>     Defendants. | No. CV-72-3643-JLQ <br><br> ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2010 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES |

This matter was heard on Report and Recommendation May 17, 2011, before Special Master Magistrate Judge Cynthia Imbrogno, following filing of the Water Master's 2010 Annual Report (October 1, 2009, through September 30, 2010) (ECF No. 694). The Report and Recommendation is in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment.

As no objections have been filed, the Special Master's Report and Recommendation is **ADOPTED.**

**IT IS ORDERED**:

1. The Annual Report of the Water Master (ECF No. 694) (including the 4th Quarter 2010 compensation $275.00 expenses + $3,740 retainer, for a total of $4,015.00,

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2010 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 1

ECF No. 694 at 2), covering the period of July 1, 2010, to September 30, 2010, is accepted and approved.

     2.    The Water Master's 2011 compensation agreement shall remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements ($3,740 quarterly retainer, and annual expenses not to exceed $2,500).

     3.    Mr. Newhouse shall immediately bring current his delinquent payments to the Water Master.

**IT IS FURTHER ORDERED** the Joint Motion of Washington Department of Ecology, United States, and Spokane Tribe of Indians to Extend Reporting and Briefing Schedule **(ECF No. 701)** is **GRANTED** as follows:

     1.    Completion of the United States Geological Survey Study and any other factual studies is extended from August 15, 2011, to **December 30, 2011;**

     2.    The opening brief deadline is extended from January 15, 2012, to **May 10, 2012;**

     3.    The response brief deadline is extended from March 15, 2012, to **July 10, 2012;**

     4.    The reply brief deadline is extended from April 15, 2012, to **August 10, 2012;**

     5.    In light of the age of the captioned matter and the many filings in the voluminous file predating the court's changeover to CM/ECF, pleadings referenced in the 2012 briefing which predate 1990 shall be provided also in an organized, hard courtesy copy to the court and to the parties to permit orderly consideration of the arguments and record.

     6.    The memoranda of the parties may exceed the 20 pages referenced in LR 7.1(f), Local Rules for the Eastern District of Washington.

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2010 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 2

**IT IS FURTHER ORDERED** that the parties shall memorialize their positions in the 2012 briefing as to the regulation-of-unauthorized-water-use issue raised at page 1 of the Water Master's Annual Report (ECF No. 694) regarding the effects of the dam on Rail Creek.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall set a case management deadline for February 1, 2012, to trigger issuance of an Order of Referral, thus permitting notice and setting of the 2012 hearing in March.

The Clerk of the Court shall file this Order Adopting Report and Recommendation and serve copies of it on Judge Imbrogno and on the parties listed on the most recently updated Notice List attached to this Order.

Dated this 30th day of June, 2011.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2010 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 3