UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> SPOKANE TRIBE OF INDIANS, ) <br> ) <br>     Plaintiff/Intervenor, ) <br> ) <br> v. ) <br> ) <br> BARBARA J. ANDERSON, et al., ) <br> ) <br>     Defendants. ) <br> ) | No. CV-72-3643-JLQ <br><br> SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT 2011 WATER MASTER REPORT AND APPROVE PAYMENT OF WATER MASTER'S FEES AND EXPENSES |

At the March 21, 2012, hearing for the presentation of the Water Master's 2011 Report (covering October 1, 2010, through September 30, 2011), Water Master James Lyerla appeared and presented the Report. Addressing the court and appearing by telephone were Shannon Work and David Lundgren on behalf of the Spokane Tribe of Indians; David Harder, Department of Justice; Washington State Assistant Attorney General Barbara Munson, for the Washington State Department of Ecology; and Nolan Shishido, Department of the Interior. Also present in the courtroom were John Covert and Guy Gregory, Department of Ecology, and Nick Pemberton. The matter is before the undersigned following referral by Senior Judge Quackenbush. (ECF No. 733.)

Changes to the court's Notice List are recommended; specifically, substitution of counsel Barbara Munson, Assistant Attorney General, as noted on Attachment A. In addition, the Water

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT
2011 WATER MASTER REPORT AND APPROVE PAYMENT OF
WATER MASTER'S FEES AND EXPENSES - 1

Master advised that Greg Axtell and Jackie Smart are no longer on the Deed for SW 1/4 of the NE 1/4 of Section 8, T.28N., R.40 E.W.M., and Roger Harris should be added to the Notice List, as his name now is on the deed with Paul Schaffner.  Mr. Axtell and Ms. Smart shall timely file an objection to this Report and Recommendation if either or both disagree with this report from the Water Master.  Otherwise, their names will be removed from the Notice List following the objection period.[1]

As an incorrect phone number appeared on the Water Master's notice of hearing, if an interested party believes this oversight resulted in an inability to participate in the March 21, 2012, hearing, the party shall so note any concerns through the objection process.

Mr. Pemberton expressed various concerns, including the possible impact of the USGS reports on domestic wells regulation, and including extensions and delays of the USGS Study.  Mr. Work, on behalf of the Spokane Tribe, expressed the parties' concern that the USGS Study be performed as completely and professionally as possible. The hope is that there will be no need for further extensions, but if

---

[1] The parties and counsel are reminded that address changes timely must be given to the Water Master.  Address changes made through CM/ECF docketing additionally are required by counsel of record, but are not transferred to the Notice List (Attachment A) without action from counsel.  Moreover, the undersigned does not receive notice of address changes unless and until there is an active referral order.

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT
2011 WATER MASTER REPORT AND APPROVE PAYMENT OF
WATER MASTER'S FEES AND EXPENSES ~ 2

the best work requires a request for extensions, the Tribe represents it will support an extension, if needed.

**IT IS RECOMMENDED:**

1. That the Annual Report of the Water Master, covering the period of October 1, 2010, to September 30, 2011, be accepted.

2. That the Water Master's compensation remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses be approved, consistent with previous agreements ($3,740 quarterly retainer, and a maximum of $2,500 for expenses).

3. That the Annual Report and fourth quarter billing (July 1, 2011, ending September 30, 2011), as reflected on page 2 of the Annual Report (total fourth quarter amount billed of **$4,010.00** (**$3,740 retainer, plus $270 expenses**), be approved.

4. The attached Notice List be adopted as the current Notice List, subject to the above discussion.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file with the District Court Executive and serve on all parties written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(d), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT
2011 WATER MASTER REPORT AND APPROVE PAYMENT OF
WATER MASTER'S FEES AND EXPENSES - 3

portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The Clerk of the Court shall file this Report and Recommendation and serve copies of it on Senior Judge Quackenbush, and those parties listed on the most recently updated Notice List attached to this Report and Recommendation.

DATED March 29, 2012.

                    <u>S/ CYNTHIA IMBROGNO</u>
                   UNITED STATES MAGISTRATE JUDGE

SPECIAL MASTER'S REPORT AND RECOMMENDATION TO ACCEPT
2011 WATER MASTER REPORT AND APPROVE PAYMENT OF
WATER MASTER'S FEES AND EXPENSES - 4

NOTICE LIST

CAUSE NO. CV-72-3643-JLQ

Greg Axtell
4205 Harmon Ln.
Carlsbad, NM 88220-2836

Kenneth R. Canfield
4200 Hwy 231
Springdale, WA 99173

Pamela J. DeRusha
Assistant U.S. Attorney
P. O. Box 1494
Spokane, WA 99210-1494

Larry G. Geller
P.O. Box 387
Springdale, WA 99173

Maurice Hall
P.O. Box 131
Ford, WA 99013

David W. Harder
United States Department of Justice
Environmental & Natural Resources Division
Indian Resources Section
South Terrace, Suite 370
999 18th St.
Denver, CO 80202

Roger Harris
P.O. Box 142
Ford, WA 99013

Walter Kory
P.O. Box 246
Springdale, WA 99173

David Lundgren
P.O. Box 29
Loon Lake, WA 99148

James M. Lyerla
Water Master
West 3045 Monticello Place
Spokane, WA 99205

James R. Newhouse
528 West Broadway
Moses Lake, WA 98837

Barbara Munson
Assistant Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117

Nick Pemberton
4717 Johnny Walker Lane
Springdale, WA 99173

Paul E. Schaffner
5090 Reservation Road
Ford, WA 99013-9998

Nolan Shishido
Office of the Regional Solicitor
U.S. Department of the Interior
805 SW Broadway, Suite 600
Portland, OR  97205

Jackie Smartt
7894 Hwy. 291
Ford, WA 99013

Jess Sulgrove, Jr.
4757 Highway 231
Springdale, WA 99173

Chrisann M. Thomas
2520 North Upriver Court
Spokane, WA 99217

Lucinda S. Whaley
Winston & Cashatt
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201-0695

Shannon D. Work
P.O. Box 3409
Coeur d'Alene, ID 83816