UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2011 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES |

This matter was heard on the Special Master's Report and Recommendation (ECF No. 736) following the March 21, 2012 hearing before Special Master Magistrate Judge Cynthia Imbrogno based upon the filing of the Water Master's 2011 Annual Report (October 1, 2010, through September 30, 2011). It appears that the Report and Recommendations are in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment.

As no objections have been filed, the Special Master's Report and Recommendation is **ADOPTED.**

**IT IS ORDERED**:

1. The 2011 Annual Report of the Water Master, covering the period of

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2011 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 1

October 1, 2010, to September 30, 2011, is accepted.

2. The Water Master's proposal for the 2011 compensation shall remain the same as in previous agreements. Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements **($3,740 quarterly retainer, and a maximum of $2,500 for expenses).**

3. The Annual Report and fourth quarter billing (July 1, 2011, ending September 30, 2011), as reflected on page 2 of the Annual Report (total fourth quarter amount to be billed of **$4,010.00** (**$3,740 retainer, plus $270 expenses**)), is approved.

4. The attached Notice List is adopted as the current Notice List.[1] The court notes that Mr. Axtell's mail has been return to the court as undeliverable.

The Clerk of the Court shall file this Order Adopting Report and Recommendation and serve copies of it on Judge Imbrogno and on the parties listed on the most recently updated Notice List attached to this Order.

Dated April 16, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] As neither Ms. Smart nor Mr. Axtell have filed an objection, and the Water Master reported both Mr. Axtell and Ms. Smart are no longer on the Deed for SW 1/4 of the NE 1/4 of Section 8, T.28N., R.40 E.W.M., their names are removed from the Notice List. Mr. Harris' name has been added.

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2011 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 2