UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SPOKANE TRIBE OF INDIANS,<br><br>    Plaintiff/Intervenor,<br><br>v.<br><br>BARBARA J. ANDERSON, et al.,<br><br>    Defendants. | No. CV-72-3643-JLQ<br><br>ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2012 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES |

This matter was heard on Report and Recommendation on February 13, 2013, before Special Master Magistrate Judge Cynthia Imbrogno, following filing of the Water Master's 2012 Annual Report (October 1, 2011, through September 30, 2012). It appears that the report and recommendations are in compliance with the previous directives of this court establishing compensation and expense reimbursements for the Water Master and for payment.

As no objections have been filed, the Special Master's Report and Recommendation is **ADOPTED.**

**IT IS ORDERED**:

1. That the 2012 Annual Report of the Water Master, covering the period of October 1, 2011, to September 30, 2012, is accepted.

ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2012 ANNUAL REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING COMPENSATION AND EXPENSES - 1

2.     That the Water Master's proposal for compensation shall remain the same as in previous agreements.  Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements ($3,740 quarterly retainer, and a maximum of $2,500 for expenses).

3.     That the Annual Report and fourth quarter billing (July 1, 2012, ending September 30, 2012), as reflected on page 2 of the Annual Report (total fourth quarter amount billed of **$4,004.00** (**$3,740 retainer, plus $264 expenses**), be approved.

4.     The attached Notice List is adopted as the current Notice List.  **Counsel shall notify the Clerk of Court whether their email addresses are to be added to the Notice List.**

The Clerk of the Court shall file this Order Adopting Report and Recommendation and serve copies of it on Judge Imbrogno and on the parties listed on the most recently updated Notice List attached to this Order.

Dated March 12th, 2013.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
             SENIOR UNITED STATES DISTRICT JUDGE

NOTICE LIST

CAUSE NO. CV-72-3643-JLQ

Kenneth R. Canfield
4200 Hwy 231
Springdale, WA 99173

Pamela J. DeRusha
Assistant U.S. Attorney
P. O. Box 1494
Spokane, WA 99210-1494

Larry G. Geller
P.O. Box 387
Springdale, WA 99173

Maurice Hall
P.O. Box 131
Ford, WA 99013

David W. Harder
United States Department of Justice
Environmental & Natural Resources Division
Indian Resources Section
South Terrace, Suite 370
999 18th St.
Denver, CO 80202

Roger Harris, on his own behalf, and
	for the Estate of Paul E. Schaffner
P.O. Box 142
Ford, WA 99013

Walter Kory
P.O. Box 246
Springdale, WA 99173

David Lundgren
P.O. Box 29
Loon Lake, WA 99148

James M. Lyerla
Water Master
West 3045 Monticello Place
Spokane, WA 99205

James R. Newhouse
528 West Broadway
Moses Lake, WA 98837

Robin McPherson
Assistant Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117

Nick Pemberton
4717 Johnny Walker Lane
Springdale, WA 99173

Nolan Shishido
Office of the Regional Solicitor
U.S. Department of the Interior
805 SW Broadway, Suite 600
Portland, OR  97205

Jess Sulgrove, Jr.
4757 Highway 231
Springdale, WA 99173

Chrisann M. Thomas
2520 North Upriver Court
Spokane, WA 99217

Lucinda S. Whaley
Winston & Cashatt
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201-0695

Shannon D. Work
P.O. Box 3409
Coeur d'Alene, ID 83816