UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:72-CV-03643-JLQ |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION; APPROVING WATER MASTER'S 2013 REPORT; CONTINUING WATER MASTER SERVICE; AND APPROVING PAYMENT OF WATER MASTER'S FEES AND EXPENSES |
| SPOKANE TRIBE OF INDIANS, | |
| Plaintiff/Intervenor, | |
| v. | |
| BARBARA J. ANDERSON, et al., | |
| Defendants. | |

This matter is before this court on the Report and Recommendation of Magistrate Judge John T. Rodgers, following the filing of the Water Master's 2013 Annual Report (October 1, 2012, through September 30, 2013) and hearing thereon.  It appears the Report and Recommendation is in compliance with the previous directives of this Court establishing compensation and expense reimbursements for the Water Master and for payment.

No objections have been filed.  The Report and Recommendation, **ECF No. 802**, is **ADOPTED**.

Accordingly, **IT IS ORDERED:**

1.     The 2013 Annual Report of the Water Master, covering the period of October 1, 2012, to September 30, 2013, ECF No. 793, is accepted.

2.      The Water Master's request for compensation shall remain as in previous agreements.  Specifically, the Water Master's request for compensation and expenses is approved, consistent with previous agreements ($3,740 quarterly retainer, and a maximum of $2,500 for expenses).

3.      The Annual Report and fourth quarter billing (July 1, 2013, ending September 30, 2013), as reflected on page 2 of the Annual Report (total fourth quarter amount billed of **$4,200.00 ($3,740 retainer, plus $460 expenses)**, is approved.

4.      The Notice List attached to the April 15, 2014 Report and Recommendation, ECF No. 802, is adopted as the current Notice List.

**IT IS SO ORDERED**.  The Clerk of the Court shall file this Order and serve copies of it on Judge Rodgers, the Water Master, and on the parties listed on the Notice List attached to the April 15, 2014 Report and Recommendation.

Dated April 30, 2014.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE